UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARLOW E. PARKER JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO:   2:23-cv-01382** |
| **STATE OF LOUISIANA, ST. TAMMANY PARISH SHERIFFS OFFICE, AND ST. TAMMANY PARISH SHERIFF RANDY SMITH** | **SECTION: "H" (4)** |

### ORDER

The Court, having considered the record, applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that Marlowe E. Parker's § 1983 claims against the State of Louisiana, St. Tammany Parish Sheriffs Office, and St. Tammany Parish Sheriff Randy Smith are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 23rd day of February, 2024.

_____
**UNITED STATES DISTRICT JUDGE**